UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Brian Daley,<br><br>                                 Plaintiff,<br><br>             -v-<br><br>Nassau County Sheriff's Department, *et al.*,<br><br>                                 Defendants. | 2:25-cv-7052<br>(NJC) (SIL) |

## ORDER

NUSRAT J. CHOUDHURY, United States District Judge:

On December 23, 2025, Brian Daley, acting pro se, filed a Complaint in this Court together with the filing fee.[1] (Compl., ECF No. 1; Fee Receipt, ECF No. 4.) That same day, the Clerk of Court issued a Summons. (Summons, ECF No. 3.) Rule 4(m) of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") provides:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

Accordingly, if Daley does not serve Defendants by **March 23, 2026**, or fails to show good cause why Defendants have not been served, the Complaint will be dismissed without

---

[1] Daley also filed a motion seeking a motion for a preliminary injunction (ECF No. 3) and, by Order dated December 24, 2025, the Court ordered Daley to "file proof that he has provided the Complaint, the motion for a preliminary injunction, and this Court's Order to Defendants." (Elec. Order, dated Dec. 24, 2025).  To date, Daley has not done so.

prejudice. **Daley is to provide a copy of this Order to Defendants along with the Summons and the Complaint. Once Daley has served Defendants, Daley must file proof of service with the Court within fourteen (14) days of service.**

The Court encourages Daley to consult with the Hofstra Law Pro Se Clinic, located in the Central Islip Courthouse, which can provide free information, advice, and limited scope legal assistance to non-incarcerated pro se litigants. The Court notes that the Pro Se Clinic is not part of, nor affiliated with, the United States District Court. Consultations with the Pro Se Clinic can be conducted remotely via telephone. To make an appointment, send an email to PSLAP@Hofstra.edu or leave a message at (631) 297-2575.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of any appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of the Court is respectfully directed to mail a copy of this Order to Daley at his address of record and to record such mailing on the docket.

Dated: Central Islip, New York
       January 12, 2026

                                                 */s/ Nusrat J. Choudhury*
                                                 NUSRAT J. CHOUDHURY
                                                 United States District Judge